Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Kelli Maria Patton** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this an amended filing

## Official Form B 3A

## Application for Individuals to Pay the Filing Fee in Installments          12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

### Part 1:        Specify Your Proposed Payment Timetable

1.  **Which chapter of the Bankruptcy Code are you choosing to file under?**

    ■ Chapter 7
    ☐ Chapter 11
    ☐ Chapter 12
    ☐ Chapter 13

2.  **You may apply to pay the filing fee in up to four installments. Fill in the amounts you propose to pay and the dates you plan to pay them. Be sure all dates are business days. Then add the payments you propose to pay.**

    **You propose to pay...**

    ☐ With the filing of the petition

    $ __335.00__    ■ On or before this date......... __11/26/15__
                                                      MM / DD / YYYY

    **You must propose to pay the entire fee no later than 120 days after you file this bankruptcy case. If the court approves your application, the court will set your final payment timetable.**

    $ _____    On or before this date.......... _____ MM / DD / YYYY

    $ _____    On or before this date.......... _____ MM / DD / YYYY

    + $ _____    On or before this date.......... _____ MM / DD / YYYY

    Total    $ __335.00__    Your total must equal the entire fee for the chapter you checked in line 1.

### Part 2:        Sign Below

By signing here, you state that you are unable to pay the full filing fee at once, that you want to pay the fee in installments, and that you understand that:

●    You must pay your entire filing fee before you make any more payments or transfer any more property to an attorney, bankruptcy petition preparer, or anyone else for services in connection with your bankruptcy case.

●    You must pay the entire fee no later than 120 days after you first file for bankruptcy, unless the court later extends your deadline. Your debts will not be discharged until your entire fee is paid.

●    If you do not make any payment when it is due, your bankruptcy case may be dismissed, and your rights in other bankruptcy proceedings may be affected.

X **/s/ Kelli Maria Patton**          X _____          X **/s/ S. M. de Rath, Esq.**
**Kelli Maria Patton**                                            **S. M. de Rath, Esq. 6206809**
Signature of Debtor 1          Signature of Debtor 2          Your attorney's name and signature, if you used one

Date **November  5, 2015**          Date _____          Date **November  5, 2015**
MM / DD / YYYY                    MM / DD / YYYY                    MM/ DD / YYYY

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Kelli Maria Patton** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | | |
| Case number (*if known*) | | | |

Chapter filing under:

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

## Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A), the court orders that:

☐ The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

☐ The debtor(s) must pay the filing fee according to the following terms:

| You must pay… | On or before this date… |
|---|---|
| $ _____ | _____ Month / day / year |
| $ _____ | _____ Month / day / year |
| $ _____ | _____ Month / day / year |
| + $ _____ | _____ Month / day / year |
| **Total** $ _____ | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

_____          **By the court:**  _____
Month / day / year                                United States Bankruptcy Judge

Fill in this information to identify your case:

Debtor 1      **Kelli Maria Patton**

First Name          Middle Name              Last Name

Debtor 2
(Spouse if, filing)      First Name          Middle Name              Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number
(if known)

☐ Check if this an
amended filing

## Official Form B 3A
## Application for Individuals to Pay the Filing Fee in Installments                    12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**    Specify Your Proposed Payment Timetable

1.  **Which chapter of the Bankruptcy Code are you choosing to file under?**

    ■ Chapter 7
    ☐ Chapter 11
    ☐ Chapter 12
    ☐ Chapter 13
    **You propose to pay...**

2.  **You may apply to pay the filing fee in up to four installments. Fill in the amounts you propose to pay and the dates you plan to pay them. Be sure all dates are business days. Then add the payments you propose to pay.**

    You must propose to pay the entire fee no later than 120 days after you file this bankruptcy case. If the court approves your application, the court will set your final payment timetable.

    $    335.00      ☐ With the filing of the petition
                    ■ On or before this date......... **11/26/15**
                                                     MM / DD/ YYYY

    $ _____    On or before this date...........
                                                     MM / DD/ YYYY

    $ _____    On or before this date...........
                                                     MM / DD/ YYYY

    + $ _____  On or before this date...........
                                                     MM / DD/ YYYY

    Total    $    335.00

    Your total must equal the entire fee for the chapter you checked in line 1.

**Part 2:**    Sign Below

By signing here, you state that you are unable to pay the full filing fee at once, that you want to pay the fee in installments, and that you understand that:

*   You must pay your entire filing fee before you make any more payments or transfer any more property to an attorney, bankruptcy petition preparer, or anyone else for services in connection with your bankruptcy case.
*   You must pay the entire fee no later than 120 days after you first file for bankruptcy, unless the court later extends your deadline. Your debts will not be discharged until your entire fee is paid.
*   If you do not make any payment when it is due, your bankruptcy case may be dismissed, and your rights in other bankruptcy proceedings may be affected.

Kelli M. Patton (Oct 27, 2015)

X  **/s/ Kelli Maria Patton**          X _____    X  **/s/ S. M. de Rath, Esq.**
   **Kelli Maria Patton**                                              **S. M. de Rath, Esq. 6206809**
   Signature of Debtor 1                 Signature of Debtor 2          Your attorney's name and signature, if you used one

Date  **October 27, 2015**            Date _____         Date  **October 27, 2015**
      MM / DD / YYYY                        MM / DD / YYYY                 MM/ DD / YYYY